# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | RONALD MICHAEL EISELE |
| **Case Number:** | 2:10-BK-07087-RTB  **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, FEBRUARY 16, 2011 02:30 PM   7TH FLOOR #703 |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | LORRAINE DAVIS |
| **Reporter / ECR:** | LAURIE STALLMAN |

## Matter:

CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY U.S. BANK, NATIONAL ASSOCIATION

**R / M #:**  17 / 0

## Appearances:

DARYL DORSEY, ATTORNEY FOR US BANK

## Proceedings:

Mr. Dorsey seeks stay relief noting the debtors are in default since April of 2010. There is a trustee sale set for 3/10/11. The court notes the debtor claims there were 6 payments made that the bank has no record of. Mr. Dorsey has requested and has still not received copies of the checks.

COURT:  IT IS ORDERED continuing this matter to 3/9/11 @ 2:30 p.m. The stay will remain in affect pending further order. IT IS ORDERED directing counsel for the debtor to be present at the continued hearing. Mr. Dorsey is to contact counsel regarding the status of the check copies. If there is a good faith effort between the parties to work on the pending issues, they may request a continuance of the hearing to allow time for the check copies to be received from the bank.